IH-32

Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Securities and Exchange Commission

Plaintiff

Case Number

vs.

Savraj Gata-Aura (a/k/a Samuel Aura a/k/a Sam Aura) and Core Agents Ltd. (d/b/a Core Agents International Ltd.)

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Securities and Exchange Commission

Plaintiff

Case Number

17-civ-4950; 18-civ-7803

vs.

Renwick Haddow, et. al.

Defendant

IH-32                                                                                              Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

On June 30, 2017, Plaintiff Securities and Exchange Commission (the "Commission") filed its complaint against defendants Renwick Haddow ("Haddow"), Bar Works, Inc. ("Bar Works"), Bar Works 7th Ave., Inc. ("7th Avenue"), and Bitcoin Store, Inc. ("Bitcoin Store") and relief defendant Bar Works Capital, LLC ("Capital"). Judge Schofield has since granted the Commission default judgments against the entity defendants: Bar Works, 7th Ave., Bitcoin Store, and Capital. On July 19, 2018, Judge Schofield stayed the Commission's action against Haddow, upon the motion of the United States Attorney's Office for the Southern District of New York, pending the conclusion of that office's related criminal case against Haddow, United States v. Renwick Haddow, 17-mj-4939 (UA). This matter is also related to SEC v. Moore, 18-civ-7803 (LGS) (also stayed).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly-filed case alleges that defendants Savraj Gata-Aura and Core Agents Ltd. aided and abetted Haddow, Bar Works, and 7th Avenue, defendants in the earlier-filed case, in their commission of a securities fraud in that case.

In the earlier case, the Commission alleges (in relevant part) that Haddow, through his entities Bar Works and 7th Avenue, fraudulently raised over $30 million from investors. These investors purchased certain leases and sub-leases, offered by Bar Works and 7th Avenue, that functioned like investment notes. Among other things, Haddow, Bar Works, and 7th Avenue used offering materials that touted the background of Bar Works' purported chief executive officer, Jonathan Black, and contained no mention of Haddow. In reality, Haddow, who had previously been sued in the United Kingdom by the Commission's U.K. counterpart for his role in a prior investment scheme, controlled Bar Works and 7th Avenue, and Black did not exist.

The Commission's newly-filed complaint alleges that defendants Gata-Aura and his company, Core Agents Ltd., aided and abetted Haddow, Bar Works, and 7th Avenue in committing the same securities fraud alleged in the earlier case. Among other things, Gata-Aura recruited a network of sales agents to sell Bar Works investments by using the false and misleading offering materials that touted Black's background and that omitted any mention of Haddow. Meanwhile, Gata-Aura knew that Haddow in fact ran and managed Bar Works and that Black was the fictitious name of a person who did not exist. In return for his role in the scheme, Gata-Aura and Core Works Ltd. received at least $2.9 million in commissions for sales of Bar Works investments to investors.

Signature: _/s/_                                                                 Date: 5/23/19

Firm: Securities and Exchange Commission
      New York Regional Office