

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2019

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Securities and Exchange Commission v. Savraj Gata-Aura,</u>
              **19 Civ. 4780 (LGS)**

Dear Judge Schofield:

      The United States respectfully writes pursuant to the Court's July 15, 2019 Order (Dkt. No. 18) to provide the Court with a brief update regarding the related criminal case, *S1 United States* v. *Savraj Gata-Aura*, 18 Cr. 759 (JSR).

      On November 18, 2019, the defendant pleaded guilty to Count One of the S1 Indictment, conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349. Sentencing has been scheduled for March 18, 2020 at 4:00 p.m. before Judge Rakoff.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

By:    /s/_____
        Vladislav Vainberg
        Martin S. Bell
        Assistant United States Attorneys
        (212) 637-1029/2463

cc:     All Counsel (via ECF)