UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
           :
SECURITIES AND EXCHANGE     :
COMMISSION,     :
                               Plaintiff,  :    19 Civ. 4780 (LGS)
           :
                -against-            :     <u>ORDER</u>
           :
SAVRAJ GATA-AURA and CORE AGENTS  :
LTD.,     :
                                Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 15, 2019, this action was stayed pending the conclusion of a related criminal case, *United States v. Gata-Aura*, 19 Cr. 759. The Government was ordered to submit a status letter on September 12, 2019, and every 60 days thereafter (Dkt. No. 18);

WHEREAS the Government has not submitted a status letter since November 19, 2019 (Dkt. No. 21). In that letter, the Government stated that Defendant Gata-Aura's criminal sentencing was scheduled for March 18, 2020. It is hereby

**ORDERED** that the parties shall submit a joint letter by **February 3, 2020**, addressing why the stay in this action should not be lifted, in light of the imminent conclusion of the criminal proceeding. The Government is respectfully directed to transmit a copy of this Order to Defendant Gata-Aura.

Dated: January 27, 2020
        New York, New York

                                   **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**