```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                    Plaintiff,              :   19 Civ. 4780 (LGS)
                                                            :
                       -against-                            :   ORDER
                                                            :
SAVRAJ GATA-AURA and CORE AGENTS                            :
LTD.,                                                       :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 26, 2020, the Court directed the Government to transmit a copy of the March 26, 2020, Order to Pro Se Defendant Gata-Aura (Dkt. No. 26). It is hereby

**ORDERED** that the Government shall file proof of service by **April 3, 2020**.

Dated: April 1, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**