

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

CHRISTOPHER J. DUNNIGAN
TELEPHONE: (212) 336-0061
DUNNIGANCJ@SEC.GOV

May 8, 2020

**By ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re:*    *SEC v. Savraj Gata-Aura and Core Agents Ltd., 19-cv.4780 (LGS)*

Judge Schofield:

Pursuant to the Court's March 26, 2020 Order (Docket No. 26), Plaintiff Securities and Exchange Commission (the "Commission"), joined by Defendants Savraj Gata-Aura ("Gata-Aura") and Core Agents Ltd. (together, "Defendants"), respectfully submit this status letter.

As background, on July 15, 2019 (Docket No. 18) the Court granted the motion filed by the United States Attorney's Office for the Southern District of New York seeking a stay of this action during the pendency of the related criminal proceeding, *United States v. Savraj Gata-Aura*, 18-cr.-00759 (S.D.N.Y.) (JSR) ("the Criminal Case"). On January 7, 2020, Gata-Aura pled guilty to one count of conspiracy to commit wire fraud in the Criminal Case. Gata-Aura's sentencing is currently scheduled for June 10, 2020.

In their March 25, 2020 status letter (Docket No. 25), the parties reported that they had an agreement in principle to a bifurcated settlement to resolve all the non-monetary relief the Commission seeks in this matter. Unfortunately, the parties have been unable to agree to final terms of a bifurcated settlement agreement, although we are still attempting to negotiate such terms. The parties believe that negotiations with respect to a full settlement are likely to be more fruitful after Gata-Aura's sentencing, when Commission counsel can consider any restitution or forfeiture orders entered in the Criminal Case in recommending a settlement to the Commission. *See SEC v. Palmisano*, 135 F.3d 860, 864 (2d Cir. 1998) ("[W]e modify the judgment to provide that to the extent that [defendant] pays or has paid restitution as ordered in the criminal judgment, such payments will offset his disgorgement obligation under the present judgment.").

cc (by email):  Randy Zelin, Esq.
                *Counsel for Defendants*

Respectfully Submitted,

/s/

Christopher J. Dunnigan
Senior Trial Counsel

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

The parties shall file a joint status letter by June 12, 2020, providing an update on the status of the bifurcated settlement and proposed next steps for how the action will proceed. The Securities Exchange Commission is directed to email if possible and mail a copy of this order to Defendant Gata-Aura and file proof of service by May 13, 2020. SO ORDERED.
Dated: May 11, 2020
New York, New York