**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**SECURITIES AND EXCHANGE COMMISSION,**

                       **Plaintiff,**

  -against-
                                          **19-CV-4780 (LGS)**

**SAVRAJ GATA-AURA (a/k/a SAMUEL AURA a/k/a SAM AURA) and CORE AGENTS, LTD. (d/b/a CORE AGENTS INTERNATIONAL, LTD.),**

                                              **DECLARATION OF SERVICE**

                       **Defendants,**

------------------------------------------------------------------x

I, Christopher J. Dunnigan, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.     I am a senior trial counsel in the New York Regional Office of Plaintiff Securities and Exchange Commission ("Commission"), and I serve as lead trial counsel in this action.

    2.     On June 17, 2020, I emailed the Court's Order (Docket No. 34) to Randy Zelin, Esq., counsel for Defendants in this matter. On June 17, 2020, I also caused a copy of Docket No. 34 to be sent by United Parcel Service to defense counsel.

    3.     I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June, 2020 in Ridgewood, New Jersey.

                                                                  _____/s/_____
                                                                      Christopher J. Dunnigan