UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
SECURITIES AND EXCHANGE COMMISSION,  :
                             Plaintiff,  :        19 Civ. 4780 (LGS)
                                           :
                 -against-                      :        <u>ORDER</u>
                                           :
SAVRAJ GATA-AURA et al.,  :
                           Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on June 22, 2021, the Court entered a consent judgment as to Defendants (Dkt. No. 56). It is hereby

        **ORDERED** that the Clerk of Court is respectfully directed to close the case. The docket will remain open to the extent the parties seek to enforce the terms of the consent judgment (Dkt. No. 56).

Dated: June 23, 2021
             New York, New York

                                               **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**